# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DANIEL SCOTT WEED,            :

    Petitioner,            :

vs.                                                           CA 05-00022-BH-C

                                           :

TERRANCE MCDONNELL,

                                           :

    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation (Doc. 17) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 27, 2005, be and is hereby **ADOPTED** as the opinion of this Court and petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, is hereby **DENIED.**

It is so **ORDERED**.

**DONE** this 24th day of August, 2005.

                                                                               s/ W. B. Hand
                                                           SENIOR DISTRICT JUDGE