**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

DANIEL SCOTT WEED,                    :

     Petitioner,                    :

vs.                                          CA 05-00022-BH-C

                                 :

TERRANCE MCDONNELL,

                                 :

     Respondent.

## <u>JUDGMENT</u>

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and,

therefore, his request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, is **DENIED**.

    **DONE** this 24th day of August, 2005.

                                                    s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE